IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAPTAIN DARRELL OBER**, | : | CIVIL ACTION NO. 1:04-CV-1669 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **COMMISSIONER JEFFREY B. MILLER**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of January, 2006, upon consideration of the correspondence from defendants dated January 30, 2006 and addressed to the attention of the court, in which defendants request an enlargement of time to file dispositive motions and supporting memoranda, see FED. R. CIV. P. 6(b) (governing enlargements of time), and the court finding that defendants have shown cause for such an enlargement, it is hereby ORDERED that:

1. The Clerk of Court is directed to DOCKET the correspondence from defendants dated January 30, 2006 as a motion for an enlargement of time.

2. The motion for enlargement of time is GRANTED. See FED. R. CIV. P. 6(b).

3. Defendants shall be permitted to file dispositive motions and briefs in support thereof on or before February 28, 2006.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge