IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAPTAIN DARRELL OBER**, | : CIVIL ACTION NO. 1:04-CV-1669 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **COMMISSIONER JEFFREY B. MILLER**, et al., | : |
| Defendants | : |

## ORDER

AND NOW, this 24th day of June, 2008, upon consideration of the motion in limine to exclude portions of the expected testimony of Cynthia Transue (Doc. 72), and it appearing that a revised pretrial and trial schedule in the above-captioned action shall issue following resolution of the outstanding motion (Doc. 86) for summary judgment (see Doc. 84), it is hereby ORDERED that the motion in limine (Doc. 72) is DENIED as moot without prejudice to defendants' right to re-file a motion in limine at a time dictated by the revised pretrial and trial schedule.

                                                      S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge